UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA C. SAMUELIAN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. TREASURY, et al.,<br><br>Defendants. | No. 2:18-cv-2516-JAM-KJN PS<br><br><br><br>ORDER |

On November 14, 2018, the magistrate judge filed findings and recommendations (ECF No. 3), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 3) are adopted.

1

2. The action is dismissed as duplicative.

3. Plaintiff's motion to proceed *in forma pauperis* in this action (ECF No. 2) is denied as moot.

4. The Clerk of Court shall close this case.

DATED: December 17, 2018

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE